UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN, ) | 1:05-CV-0167 OWW WMW HC |
| ) | |
| Petitioner, ) | ORDER REQUIRING PETITIONER TO |
| ) | INFORM THE COURT WHETHER HE WILL |
| v. ) | CONSENT TO MAGISTRATE JUDGE |
| ) | JURISDICTION |
| PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On February 7, 2005, petitioner filed a petition for writ of habeas corpus, and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction. Petitioner has not returned the consent/decline form. At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

1  Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30)
2  days.  Failure to follow this order will result in a recommendation that this action be dismissed
3  pursuant to Local Rule 11-110.
4         The Clerk of the Court is DIRECTED to send to petitioner another copy of the
5  consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
6  IT IS SO ORDERED.
7  **Dated:    July 25, 2006**                        /s/  William M. Wunderlich
   bl0dc4                                          UNITED STATES MAGISTRATE JUDGE