UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>　　　　　　Respondent. | 1:05-CV-0167 OWW WMW HC<br><br>SECOND ORDER REQUIRING PETITIONER<br>TO INFORM THE COURT WHETHER HE<br>WILL CONSENT TO MAGISTRATE JUDGE<br>JURISDICTION |

　　　Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

　　　On February 7, 2005, petitioner filed a petition for writ of habeas corpus, and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.   Petitioner has not returned the consent/decline form.   At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

　　　Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

1

1  Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30)

2  days.  Failure to follow this order will result in a recommendation that this action be dismissed

3  pursuant to Local Rule 11-110.

4       The Clerk of the Court is DIRECTED to send to petitioner another copy of the

5  consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.

6  IT IS SO ORDERED.

7  **Dated:   January 30, 2007**          **/s/  William M. Wunderlich**
   bl0dc4                                          UNITED STATES MAGISTRATE JUDGE